| | | |
|---|---|---|
| People v Quezada | 1st Dept: 145 AD3d 597 (Bronx) | denied 5/2/17 (Stein, J.) |
| People v Ramos (David) | 2d Dept: 148 AD3d 1058 (Kings) | denied 5/10/17 (Stein, J.) |
| People v Ramos (Marco) | 1st Dept: 146 AD3d 443 (NY) | denied 5/11/17 (Rivera, J.) |
| People v Reinard | 4th Dept: 145 AD3d 1658 (Niagara) | denied 5/22/17 (Stein, J.) (Appeal Nos. 1 & 2) |
| People v Rendino | App Div, 4th Dept, 1/31/17 (Onondaga) | dismissed 5/1/17 (Garcia, J.) |
| People v Riggins | County Ct, 2/21/17 (Saratoga) | dismissed 5/12/17 (Fahey, J.) |
| People v Rispers | 2d Dept: 146 AD3d 988 (Westchester) | denied 5/22/17 (Fahey, J.) |
| People v Rivera (Angel) | App Div, 4th Dept: 2017 NY Slip Op 61434(U) (Onondaga) | dismissed 5/30/17 (Stein, J.) |
| People v Rivera (Gasper) | App Term, 1st Dept: 54 Misc 3d 129(A) (NY) | denied 5/11/17 (Rivera, J.) |
| People v Rivera (Jason) | 1st Dept: 147 AD3d 642 (NY) | denied 5/24/17 (Garcia, J.) |
| People v Rivera (Noel) | 4th Dept: 148 AD3d 1672 (Monroe) | denied 5/17/17 (Stein, J.) |
| People v Robinson | 2d Dept: 147 AD3d 786 (Kings) | denied 5/16/17 (Wilson, J.) |
| People v Rojas (David) | 4th Dept: 147 AD3d 1535 (Ontario) | denied 5/17/17 (Stein, J.) |
| People v Rojas (Joseph) | 1st Dept: 148 AD3d 587 (NY) | denied 5/11/17 (Rivera, J.) |
| People v Rolle | 2d Dept: 146 AD3d 990 (Queens) | denied 5/22/17 (Stein, J.) |
| People v Romero | 4th Dept: 147 AD3d 1490 (Onondaga) | denied 5/31/17 (DiFiore, Ch. J.) |
| People v St. Ives | 3d Dept: 145 AD3d 1185 (Broome) | denied 5/22/17 (Fahey, J.) |
| People v Sanchez | App Term, 2d Dept, 9th & 10th Jud Dists: 54 Misc 3d 139(A) (Suffolk) | denied 5/9/17 (DiFiore, Ch. J.) |
| People v Sanders | 2d Dept: 148 AD3d 846 (Queens) | denied 5/25/17 (Garcia, J.) |
| People v Santi | 1st Dept: 145 AD3d 464 (NY) | denied 5/3/17 (Garcia, J.) |
| People v Sassenscheid | 2d Dept: 148 AD3d 732 (Dutchess) | denied 5/2/17 (Stein, J.) |
| People v Scott | 1st Dept: 145 AD3d 555 (Bronx) | denied 5/16/17 (Stein, J.) |
| People v Screahben | App Div, 1st Dept: 2017 NY Slip Op 62651(U) (Bronx) | denied 5/2/17 (DiFiore, Ch. J.) |
| People v Seldon | 4th Dept: 147 AD3d 1327 (Onondaga) | denied 5/2/17 (Stein, J.) |